**FILED**
**CLERK**

12:11 pm, May 05, 2020

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSEPH LEEMAN, on behalf of himself and all other persons similarly situated,

　　　　　　　　　　　　　Plaintiffs,

-against-

BEST BUY STORES, L.P.,

　　　　　　　　　　　　　Defendants.

Civil Action No. 2:20-CV-00156

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to the dismissal of this action in its entirety and with prejudice, with each side to bear their own fees and costs.

So stipulated this __4__th day of ~~April~~ May, 2020.

_____
Peter Romero, Esq.
Law Office of Peter A. Romero PLLC
825 Veterans Highway- Ste. B
Hauppauge, New York 11788
Phone: (631) 257-5588
promero@RomeroLawNY.com

*Attorneys for Plaintiff*

_____
Liliya P. Kramer
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Phone: 212.309.6000
Fax: 212.309.6001
liliya.kramer@morganlewis.com

Barbara J. Miller (admitted in CA only)
Morgan, Lewis & Bockius LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Phone: 714.830.0600
Fax: +1.714.830.0700
barbara.miller@morganlewis.com

*Attorneys for Defendant*

So Ordered.

Dated: 5/5/2020

*/s/ GARY R. BROWN*
Gary R. Brown, U.S.D.J.

DB1/ 113296925.1